CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
Sept. 30, 2016
JULIA C. DUDLEY, CLERK
BY: A. Melvin
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANGELA A. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:15-cv-00234 |
| CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) By: Elizabeth K. Dillon<br>) United States District Judge |
| Defendant. | ) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion entered this day, it is hereby ORDERED that:

1. The August 11, 2016 report and recommendation (Dkt. No. 21) is ADOPTED in its entirety;

2. The plaintiff's motion for summary judgment (Dkt. No. 14) is DENIED;

3. The commissioner's motion for summary judgment (Dkt. No. 16) is GRANTED;

4. The commissioner's decision is AFFIRMED; and

5. This matter is STRUCK from the active docket of the court.

The clerk is directed to send a copy of the memorandum opinion and this order to all counsel of record.

Entered: September 30, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge